# MEMORANDUM DECISIONS.

AQUARAMA CO. v. OLD MILL CO. et al.   (Circuit Court of Appeals, Second Circuit.   April 30, 1903.)   No. 98.   Appeal from the Circuit Court of the United States for the Eastern District of New York.   Edward Hymes, for appellants.   Wm. H. Kenyon, for appellee.   Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM.   Affirmed in open court.   See 115 Fed. 806, 53 C. C. A. 376.